IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARK PIECHOTA CREFELD SCHOOL,<br>        Plaintiff,<br><br>        v.<br><br>HARTFORD FIRE INSURANCE CO.,<br>        Defendant. | :<br>:<br>:<br>:<br>:   Civ. No. 11-7188<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 23rd day of January, 2013, upon consideration of Defendant's Motion for Summary Judgment *(Doc. No. 16)*, Plaintiff's Cross-Motion for Summary Judgment *(Doc. No. 18)*, and all related submissions *(Doc. Nos. 17, 19, 23, 24)*, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion *(Doc. No. 16)* is **GRANTED**.

2. Plaintiff's Cross-Motion *(Doc. No. 18)* is **DENIED**.

3. Judgment shall be entered in favor of Defendant Hartford Fire Insurance Company and against Plaintiff Crefeld School.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                       **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                       _____
                                                       Paul S. Diamond, J.